```
 1                UNITED STATES DISTRICT COURT
                   DISTRICT OF SOUTH CAROLINA
 2                     GREENVILLE DIVISION

 3  FLAME SPRAY NORTH AMERICA, )
    INC.,                      )
 4                             )
               Plaintiff,      )
 5                             )
    v.                         ) CASE # 6:18-cv-02845-DCC
 6                             )
    KERR PUMPS, INC.,          )
 7                             )
               Defendant.      )
 8

 9

10

11           ZOOM DEPOSITION OF JAKE FOSTER

12          TAKEN ON BEHALF OF THE PLAINTIFF

13                  IN ADA, OKLAHOMA

14                ON OCTOBER 30, 2020

15

16

17

18

19

20

21

22

23

24

25  REPORTED BY:  JUDY THOMPSON, CSR
```



JAKE FOSTER  October 30, 2020
FLAME SPRAY NORTH AMERICA vs KERR PUMPS  32

```
 1      Q.   Did you ever personally speak to Gore or UPP
 2  about the plunger issues?
 3      A.   If I recall right, I was on a phone call
 4  with Mike Michaelson of Universal.  And he is the one
 5  that was complaining about the failure of other parts
 6  in the fluid end because of the delamination of the
 7  plungers.
 8      Q.   And you said his name was Mike Michaelson?
 9      A.   Yes.
10      Q.   And what was Cole Thomas' job in 2017 to
11  '18?
12      A.   Staff engineer.
13      Q.   All right.  So what were his
14  responsibilities with regard to the plunger?  I know
15  you said he would answer a couple of questions about
16  diameter.  But can you be more specific?
17      A.   Yes.  On plungers, Cole didn't spend a lot
18  of time on.  We had drawings for our plungers,
19  because we were purchasing them before Flame Spray.
20  But, you know, he was brought in because Ray and
21  Paolo requested an overall dimension of the plunger
22  so they can make it to the dimensional spec.  And
23  Cole provided that.  And so that's how he got
24  involved.
25      Q.   I know you mentioned FlowValve and that you,
```



1  at some point, were the Production Manager for
2  FlowValve, right?
3       A.   Yes, ma'am.
4       Q.   What kind of product does FlowValve sell?
5       A.   Imagine, you know, your plumbing for your
6  house.  We provide the high pressure plumbing for
7  well servicing and frac'ing.
8       Q.   And does that include clappers or flappers?
9       A.   Yes, the flapper or clapper, I've heard it
10 pronounced both ways.  For a check valve, it does
11 include that.
12      Q.   What was Kerr's relationship with FlowValve?
13      A.   So there's no -- they're separate entities.
14 Mark, now, owns both of them.
15      Q.   Okay.  So they share common owners, though?
16      A.   Yes, ma'am.
17      Q.   Are they working at the same site?
18      A.   Yes, ma'am.
19      Q.   Do they share any management?
20      A.   Yes.  I'm the Chief Operating Officer of
21 both FlowValve and Kerr Pumps.
22      Q.   Do any of Kerr's FlowValve customers
23 overlap?
24      A.   Yes, ma'am.
25      Q.   Do you know if FlowValve sells any products



```
 1  to Advanced Stimulation or Gore or UPP?
 2       A.   They don't currently sell to Universal, but
 3  the other two, they do.
 4       Q.   And in the 2017/2018 time period, was Kerr
 5  selling any of the clappers or flappers to AST and
 6  Gore?
 7       A.   I can't recall.  They potentially could
 8  have.
 9       Q.   Is that the type of product that FlowValve
10  would sell to those customers, though?
11       A.   Yes.  It's one of many.
12       Q.   And is it correct that FlowValve did work
13  with Flame Spray, as well?
14       A.   Yes.  Flame Spray really tried to market
15  themselves as an advanced technology company with,
16  you know, HVOF coatings.  So when they came to us, it
17  was through Ray Monahan, they really tried to tell us
18  that a lot of the things we were using was kind of
19  outdated and junk.  And so they really tried to
20  position themselves as kind of a leader in coating
21  technology.  And so we end up, you know, started off
22  with the plungers and then went to the flappers at
23  some point.
24       Q.   Was Flame Spray manufacturing end coating
25  flappers for FlowValve?
```



```
 1      A.   Manufacturing, no.  I guess how do you
 2  define that?  They coated them, and then they, I
 3  guess, did a finish process on the flapper after it
 4  was coated.
 5      Q.   What type of coating does Flame Spray use on
 6  the clappers or the flapper?
 7      A.   I can't recall.  But it wasn't the same
 8  coating as the plungers, I know that.
 9      Q.   Was it a thermal spray painting?
10      A.   It was an HVOF coating, like the plungers,
11  but it wasn't the same coating makeup.  As far as the
12  composition of the coating, it was a different
13  classification of coating, but it was applied via
14  HVOF.
15      Q.   Do you know if FlowValve or any of its
16  customers ever had any delamination issues with the
17  clappers?
18      A.   I can't recall any with that specific
19  coating.
20      Q.   After Kerr was aware of delamination with
21  the plungers, did FlowValve continue to do business
22  with Flame Spray?
23      A.   I believe we did.  And I think the reason we
24  did was because we hadn't had any problems.  But,
25  again, I think that's the way it played out.
```

