```
 1                IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF SOUTH CAROLINA
 2                        GREENVILLE DIVISION

 3


 4    FLAME SPRAY NORTH AMERICA, INC.
           Plaintiff,
 5
      vs.                                  CA: 8:18-CV-02845-BHH
 6
      KERR PUMPS, INC.,
 7         Defendants.

 8


 9                    DEPOSITION OF MARK NOWELL
                  TAKEN ON BEHALF OF THE PLAINTIFF
10          ON JUNE 10, 2021, BEGINNING AT 9:04 A.M. CST
                         IN ADA, OKLAHOMA
11

12                            APPEARANCES:

13    Appearing via Zoom on behalf of the PLAINTIFF:

14          Catherine F. Wrenn
            WOMBLE, BOND, DICKINSON, LLP
15          550 South Main Street, Suite 400
            Greenveille, South Carolina 29601
16          (864) 255-5424
            catherine.wrenn@wbd-us.com
17

18    Appearing on behalf of the DEFENDANT:

19
            William W. Speed
20          BRALY, BRALY, SPEED & MORRIS
            201 West 14th Street
21          Ada, Oklahoma 74820
            (580) 436-0871
22          wspeed@cableone.net

23


24


25    REPORTED BY:  Lacy Antle, CSR, RPR
```



800.211.DEPO (3376)
EsquireSolutions.com

**EXHIBIT 2**

1  them out, is that fair?
2        A    Yeah, he can create purchase orders, yes.
3        Q    Okay.  Explain what Kerr's relationship
4  with FlowValve.
5        A    FlowValve is another product line within
6  --
7        Q    Is that a company that you and your wife
8  own?
9        A    Yes.
10       Q    And is it located within the same building
11 as Kerr?
12       A    Part of it's in Sulphur and part of it's
13 in another town called Marietta, Oklahoma.
14       Q    What kind of products does it sell,
15 FlowValve?
16       A    We call that product line kind of the
17 FlowLine products and Stilwell Service type
18 products, valves, swivels, elbows, T's, pup joints.
19       Q    And does that include clappers or
20 flappers?
21       A    Flapper is a piece of a, what we would
22 call a check valve, one of the valves we make, so
23 the flapper is an internal piece of a check valve.
24       Q    And is that a product used in the fracking
25 industry?



```
 1       A    Yes, it is, it's kind of a one-way valve,
 2  so the flow can't come the other way, it checks the
 3  flow.
 4       Q    And are flappers coated, similarly to like
 5  what plungers are coated with?
 6       A    Some of them are, we did some -- we did
 7  some spray coating on the flapper seats, yes, or the
 8  flapper themselves.
 9       Q    And do you know if flow valve ever had any
10  issues with the flappers that Flame Spray coated for
11  it?
12       A    No, I don't -- I don't think there was any
13  issues on those.
14       Q    Was there any difference in the way those
15  were coated than the way the plungers were?
16       A    I have no idea how they do that, it's a
17  totally different part.  The plunger kind of moves
18  back and forth, it's a cylinder that moves back and
19  forth.  The flapper stays open most of the time and
20  then it just shuts, comes down and flaps shut, so
21  it's -- the duty cycle and how it's used is totally
22  different, it's not even close to what a plunger
23  would see.
24       Q    Do you know if any of the flappers that
25  Flame Spray made and coated were any of those sold
```



1  to Gore, AST or UPP?
2      A    They sure could have been, because that's
3  a product we offer, so I would say some of them
4  probably got them if they bought check valves from
5  us.
6      Q    It's my understanding that after Kerr's
7  stopped doing business with Flame Spray with regard
8  to the plungers, that FlowValve continued to do
9  business with Flame Spray with regard to the
10 flappers?
11     A    Yeah, we have --
12     Q    Is that the case?
13     A    We had open purchase orders and we
14 fulfilled those and I think now it's -- it turned
15 out that the coating turned out to be insignificant.
16 We don't even coat the flappers now because they
17 stay out of the wear zone, so the coating didn't add
18 any value, so now our flappers don't even have any
19 type of coating on them and -- but we continued to
20 use them after Flame Spray, because we had opened
21 POs and we like to fulfill that.
22     Q    And did you pay Flame Spray for all the
23 POs with regard to the flappers?
24     A    Yes, that's our standard practice.
25     Q    So in general, why would FlowValve have

