**NETWORK DEPOSITION SERVICES**
**Transcript of Michael Michaelson**

1

```
 1         IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH CAROLINA
 2                 GREENVILLE DIVISION

 3                      -----

 4   FLAME SPRAY NORTH     ) CA No.
     AMERICA, INC.,        ) 6:18-CV-02845-DCC
 5                         )
              Plaintiff,   )
 6                         )
                 vs.       )
 7                         )
     KERR PUMPS INC.,      )
 8                         )
              Defendant.   )
 9
                        -----
10
        Videotape Deposition of MICHAEL MICHAELSON
11               Tuesday, May 4, 2021

12         Filed on behalf of the Defendant

13        Counsel of Record for this Party:
                William W. Speed, Esq.
14          Braly, Braly, Speed & Morris
                   PO Box 2739
15               Ada, OK  74821

16                      -----

17

18

19

20

21

22

23
             NETWORK DEPOSITION SERVICES
24                707 GRANT STREET
              PITTSBURGH, PA  15219
25
```

**Johnstown - Erie - Pittsburgh - Greensburg**
**866-565-1929**

**EXHIBIT 3**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael Michaelson**

68

```
 1        Q.   Okay.  And do you mean that the
 2   coating, the chrome coating itself, is fragile?
 3        A.   I don't know that the coating is
 4   fragile.  It seemed more prone to damage versus
 5   Colmonoy.
 6        Q.   When you were buying chrome plungers,
 7   do you know who you were buying those from?
 8        A.   It would have been the fluid end OEMs
 9   at that point in time.  And I wasn't
10   responsible for this product line at that
11   point, but we were buying predominantly from
12   the OEM manufacturers.
13        Q.   Okay.  Is Kerr one of those?
14        A.   Not at that time, no.
15        Q.   Okay.  Have you ever had coating
16   delamination on a Colmonoy-coated plunger?
17        A.   Truthfully, I don't know.
18        Q.   Okay.  Has UPP ever done any business
19   with Kerr's sister company Flow Valve?
20        A.   Yes.
21        Q.   And what do you guys purchase from
22   Flow Valve?
23             MR. SPEED:  Object to the
24        form.  Also, object on the grounds of
25        relevance.
```

**NETWORK DEPOSITION SERVICES**
Transcript of Michael Michaelson

69

```
 1      Q.   You can answer.
 2      A.   We purchased a small -- we were
 3 purchasing what's known as a one by two valve
 4 primarily.
 5      Q.   And are those valves coated in any
 6 way?
 7      A.   I do not know.  I'm not involved with
 8 that, with Flow line products.
 9      Q.   Has UPP ever purchased any clappers
10 from Flow Valves?
11      A.   Clappers?  I don't know what you mean.
12      Q.   They are also called flappers.
13      A.   I don't know what you are asking with
14 that.
15      Q.   And you may not even be familiar with
16 this product, but they have a product, they're
17 either called clappers or flappers.
18      A.   Check valves.  We purchased check
19 valves from them.
20      Q.   Okay.  Have you guys had any kind of
21 issues, performance or otherwise, with any
22 products purchased from Flow Valve?
23      A.   Again.  I don't know.  I'm not
24 involved with that product line at all.
25      Q.   Okay.  For the 2017/2018 time period,
```