Zach Nichols                                                                         May 6, 2021

```
                                                            Page 1

              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                   GREENVILLE DIVISION



  FLAME SPRAY NORTH AMERICA, )
  INC.,                      )
                             )
           Plaintiff,        )
                             )Case No. 6:18-CV-02845-BHHH
  vs.                        )
                             )
  KERR PUMPS, INC.,          )
                             )
           Defendant.        )




              VIDEO DEPOSITION OF ZACH NICHOLS

           TAKEN ON BEHALF OF THE DEFENDANT

                  IN SEILING, OKLAHOMA

                    ON MAY 6, 2021

               9:25 AM - 11:14 AM (CDT)



        REPORTED BY:  JOHN Q. MARTIN, II, CSR #1940
```

**EXHIBIT 4**

Zach Nichols                                                May 6, 2021

Page 57

```
 1   and other things?
 2          MR. SPEED:  Object to form.
 3          THE WITNESS:  Correct.
 4   BY MS. WRENN:
 5      Q.  Did you say yes?
 6      A.  Correct.
 7      Q.  Okay.  And I had seen that Gore is purchasing
 8   all the plungers from third parties, it doesn't
 9   manufacture or coat any plungers in-house, is that
10   fair?
11      A.  No, ma'am.
12      Q.  Okay.
13      A.  I have looked at resurfacing plungers and
14   everybody I talked to says you're better off to buy a
15   new one.  So, we just buy new ones.
16      Q.  With regard to the fracking plungers, who was
17   your contact person at Kerr?
18      A.  Bobby Shelton.
19      Q.  Has Gore ever done any business with Kerr's
20   sister company, FlowValve?
21      A.  Yes.
22      Q.  What have you bought from FlowValve?
23      A.  Frac iron.
24      Q.  Have you ever bought any clappers or
25   flappers?
```

Zach Nichols                                                  May 6, 2021

Page 58

1     A.   For check valves?
2     Q.   I really don't know what they are used for.
3  I just know the manufacturer of them.
4     A.   Yeah, I'm sure we have.
5     Q.   Okay.  Did you ever have any coating
6  delamination issues with those?
7     A.   Not that I know of.
8     Q.   Okay.  And is that something you would be
9  aware of if it happened?
10    A.   If a clapper wears out it's because of sand.
11 So, I could imagine if there was going to be any
12 delamination there would darn sure be some
13 delamination because sand and water is pumped through
14 it at a high rate of speed and a high rate of
15 pressure.
16    Q.   Are you saying you would expect coating
17 delamination on the clappers?
18    A.   Yeah.
19    Q.   So, that would not be abnormal?
20    A.   No.  If the clapper you're mentioning is the
21 clapper I'm thinking of, yeah, you're going to have --
22 that's going to wear out every -- that's constant
23 wear.
24    Q.   Based on the invoices that Gore produced from
25 Kerr it looks like you guys would purchase a variety