In the United States District Court
District of South Carolina
Greenville Division
C.A. NO. 6:18-CV-02845-DCC

FLAME SPRAY NORTH AMERICA, INC.,

        Plaintiff(s),

  vs.

KERR PUMPS, INC,

        Defendant(s).

_____

30(B)(6) DEPOSITION OF

RAY MONAHAN

_____

Pursuant to notice of deposition and/or agreement in the above-entitled case, a deposition of Ray Monahan was taken on the 30th day of September, 2020, commencing at approximately 2:45 p.m., attended as follows:

DEPOSITIONS AND..., INC.
864-235-3518

**EXHIBIT 5**

| | | |
|---|---|---|
| 1 | Q. | What is your occupation, Mr. Monahan? |
| 2 | A. | I'm the president of a company in Piedmont. |
| 3 | Q. | Piedmont, South Carolina? |
| 4 | A. | Yes. |
| 5 | Q. | How long have you lived in South Carolina? |
| 6 | A. | Twenty-four years. |
| 7 | Q. | Twenty-four years.  What is your educational |
| 8 | | background? |
| 9 | A. | I have a bachelor's degree in industrial |
| 10 | | technology, and graduate of U.S. Army Command and |
| 11 | | General Staff College.  I retired as a Lieutenant |
| 12 | | Colonel in the Reserves. |
| 13 | Q. | Okay.  What part of the -- what branch? |
| 14 | A. | Army. |
| 15 | Q. | What was your subspecialty? |
| 16 | A. | Military police. |
| 17 | Q. | Okay, great.  Going back to 2017, 2018, you had an |
| 18 | | affiliation with Flame Spray North America? |
| 19 | A. | Correct. |
| 20 | Q. | Do you currently have that same affiliation? |
| 21 | A. | No. |
| 22 | Q. | What was, in your own words, what was your |
| 23 | | affiliation with Flame Spray? |
| 24 | A. | I was the president of a heat treat shop in |
| 25 | | Greenville called Ionic Technologies from 1998 |

RAY MONOHAN

Page 7

1        until the end of 2014.
2  Q.  Ionic?
3  A.  Ionic, I-O-N-I-C.
4  Q.  Okay, thank you.
5  A.  Technologies. And Flame Spray, at one time, was a
6     customer of ours. In 2014, I retired from that.
7     And I remained a consultant until 2016, part-time.
8     And in 2016, I discussed with Paolo Mor about
9     being an independent manufacturer's representative
10    for them, for diffusion coatings and for thermal
11    sprays.
12  Q.  Diffusion coatings and thermal sprays?
13  A.  Correct.
14  Q.  And is that something that you had some experience
15    with?
16  A.  I had some background in thermal sprays, and a
17    little bit in diffusion coatings on the boranizing
18    side, but not on the aluminizing or the chromizing
19    side, which is something they do as well.
20  Q.  Okay. And after you had those discussions with
21    Mr. Mor, did that come to fruition?
22  A.  Yes. They decided to give me a stipend, a
23    thousand dollars a month, until we developed some
24    business. And that happened through, I want to
25    say in March, we took the first trip to Kerr

DEPOSITIONS AND..., INC.
864-235-3518

| | | |
|---|---|---|
| 1 | | Pumps, because Kerr had been a customer of Ionic, |
| 2 | | and I knew them.  I also knew that they had |
| 3 | | plungers that they were making that they were |
| 4 | | outsourcing.  So I thought it would be a good |
| 5 | | opportunity for us to go out and talk to them.  I |
| 6 | | believe we did in either February or March of |
| 7 | | 2017. |
| 8 | Q. | 2017, okay.  And when did your affiliation with |
| 9 | | Flame Spray end? |
| 10 | A. | They sent an email at the end of 2019, that it |
| 11 | | would end at the end of 2019. |
| 12 | Q. | Okay.  So ten months ago, give or take?  Just |
| 13 | | making sure were on the same year. |
| 14 | A. | Uh-huh. |
| 15 | Q. | With regards to -- were you working full-time |
| 16 | | with -- |
| 17 | A. | No. |
| 18 | Q. | -- Flame Spray during that time? |
| 19 | A. | No.  I had -- at that time, I had a business where |
| 20 | | I was representing people who sell heat treating |
| 21 | | equipment, and that was my background.  My |
| 22 | | background was in materials and heat treating.  So |
| 23 | | I was representing a German company called KGO, |
| 24 | | which made gas nitriders and temper furnaces.  I |
| 25 | | was representing a company in Germany called Von |

RAY MONOHAN

Page 10

| | | |
|---|---|---|
| 1 | Q. | Were you ever involved in getting them any other |
| 2 | | contracts besides Kerr? |
| 3 | A. | Yes. |
| 4 | Q. | Okay.  And obviously, you were involved in -- they |
| 5 | | had purchase orders with Kerr; correct? |
| 6 | A. | Correct. |
| 7 | Q. | Now, describe for me, if you would, what your role |
| 8 | | was.  Were you the one who put Kerr and Flame |
| 9 | | Spray in communication with each other? |
| 10 | A. | Yes. |
| 11 | Q. | And that was because you had had some prior |
| 12 | | relationship with Kerr? |
| 13 | A. | I did business with them, developing certain |
| 14 | | processes for them in the heat treat business. |
| 15 | Q. | So it was you that picked up the phone or sent an |
| 16 | | email or called somebody from Kerr and said, hey, |
| 17 | | you know, I'm representing this company? |
| 18 | A. | Actually, I was out there, as I was still |
| 19 | | consulting for Ionic at the time.  And that was |
| 20 | | one of the accounts that I developed for them. |
| 21 | | And while I was out there, they brought up the |
| 22 | | fact they had plungers, so that's why I started -- |
| 23 | | and coating work, thermal spray work.  That's why |
| 24 | | I put the business relationship together with |
| 25 | | Flame Spray. |

RAY MONOHAN

Page 11

| | | |
|---|---|---|
| 1 | Q. | I gotcha.  And how far in advance of when -- and |
| 2 | | I'll show you some emails -- but how far in |
| 3 | | advance of that was that meeting with Kerr?  Was |
| 4 | | that weeks, or days? |
| 5 | A. | Probably -- yeah, probably the end of 2016 or the |
| 6 | | beginning of 2017. |
| 7 | Q. | Fair enough.  And my understanding is you, at some |
| 8 | | point, went out to Oklahoma multiple times on |
| 9 | | behalf of Flame Spray to see Kerr.  Is that |
| 10 | | correct? |
| 11 | A. | Correct.  With Mr. Mor, most of the time. |
| 12 | Q. | I was going to say, did you ever go without Mr. |
| 13 | | Mor? |
| 14 | A. | Yes.  Once. |
| 15 | Q. | Once?  And how many times, roughly, did you go |
| 16 | | with Mr. Mor? |
| 17 | A. | Three or four times. |
| 18 | Q. | Three or four with Mr. Mor, okay.  When did you go |
| 19 | | without Mr. Mor? |
| 20 | A. | I want to say it was in the summertime of either |
| 21 | | 2017 or '18, because he was on vacation, and |
| 22 | | didn't go with me. |
| 23 | Q. | Do you know if that was when the parties were in |
| 24 | | the midst of production?  Or were they having |
| 25 | | issues? |

DEPOSITIONS AND..., INC.
864-235-3518

| | | |
|---|---|---|
| 1 | Q. | Okay.  And let's look, if we would, at -- and I've |
| 2 | | got these in somewhat order.  So if you would, |
| 3 | | look at 1 and 2.  And you can see -- |
| 4 | A. | Okay. |
| 5 | Q. | -- the 1 and 2, I think, go together.  But you |
| 6 | | tell me what, if anything, if you recall ever |
| 7 | | seeing those.  If you don't, then... |
| 8 | A. | Yeah, he sent me this choice -- I made this quote |
| 9 | | because we have it -- I mean, I think we met with |
| 10 | | them at the end of February for the first time. |
| 11 | | And then we went back at the end of March. |
| 12 | Q. | And it looks like Exhibit 2 is an email from you |
| 13 | | to Tyler and Jake -- |
| 14 | A. | Correct. |
| 15 | Q. | -- copying Paolo -- |
| 16 | A. | Right.  They had given us an example of a part, |
| 17 | | and Marco Prosperini and I and Paolo went into the |
| 18 | | lab and we looked at the surface finish on that |
| 19 | | part, and the surface finish on that pump was not |
| 20 | | very good. |
| 21 | Q. | And so -- |
| 22 | A. | That's why I mentioned the quality of the grinding |
| 23 | | on the first one. |
| 24 | Q. | Okay.  And it looks like in Exhibit 2, it looks |
| 25 | | like the email, and then Exhibit 1 actually looks |

1   A.   Yeah.  It's more surface area.
2   Q.   More surface area, thank you.  Okay.  So let me --
3   A.   So these were made in Italy.  The first batches
4        were made in Italy.
5   Q.   The first batches were made in Italy.
6   A.   Correct.
7   Q.   So if you look at Exhibit 4.  And if you would,
8        just put 1 through 3 -- if you can turn them over
9        like that, that'd be great.  Look at Exhibit 4 --
10  A.   Yeah.
11  Q.   -- and I'm going to give you a second to look at
12       that.  And it's multiple pages.  I apologize.
13  A.   Okay.
14  Q.   That's an email string.
15  A.   Okay.  So what do you want me to say about this?
16  Q.   My reading of this is that --
17  A.   He had told me on the phone that he wanted the
18       premium product.  And I told him we would quote
19       I'm on the two premium grades.
20  Q.   Okay.  And then, I'm looking at the middle of that
21       where you sent the email that said, that starts,
22       Tyler, Jake, Paolo.  Paolo and I had a discussion
23       this morning about the options for coatings.  You
24       see that?
25  A.   Yes.

| | | |
|---|---|---|
| 1 | Q. | Okay. And -- |
| 2 | A. | Right, because we -- |
| 3 | Q. | -- below that, it says, we can prepare a quotation |
| 4 | | for a tungsten carbide coating. There are two |
| 5 | | options, a 1200 Vickers hardness coating, and a |
| 6 | | premium 1500 Vickers hardness coating. |
| 7 | A. | Right. |
| 8 | Q. | Where did you get that information from? Did that |
| 9 | | come from Paolo? |
| 10 | A. | Yes. |
| 11 | Q. | Okay. I mean, you understand, but if you would |
| 12 | | explain for me in layman's terms, what Vickers |
| 13 | | hardness coating is. |
| 14 | A. | The scale of Vickers exceeds what's called the |
| 15 | | normal Rockwell scale. So the Rockwell scale goes |
| 16 | | to 70 Rockwell, which is pretty hard. Diamond |
| 17 | | would be 100. So in relationship, this would be |
| 18 | | somewhere in the 8 range, if you would, converted |
| 19 | | over to a Rockwell scale. But the Rockwell scale, |
| 20 | | as I said, stops at 70. And 70 is 1017 Vickers. |
| 21 | Q. | Okay. |
| 22 | A. | So this is much harder than that. |
| 23 | Q. | So this is harder than the highest of the Rockwell |
| 24 | | scale? |
| 25 | A. | Correct. |

RAY MONOHAN

Page 39

1   A.  Oh, monthly.
2   Q.  Monthly?
3   A.  Yeah.
4   Q.  Usually a phone call, email, just --
5   A.  Phone call, email, text, whatever.
6   Q.  Who was that to?
7   A.  Jake.
8   Q.  Did Jake --
9   A.  The operations manager.  He was the one installing
10      them in the field.
11  Q.  Okay.  Jake was the guy you would be talking to.
12      When did you first learn that there was an issue
13      with any of these?
14  A.  I want to say May of 2018.
15  Q.  May of 2018.  And my understanding is you were
16      still in the same, basically -- you know.
17  A.  Well, we had moved out.  We had started production
18      in Fountain Inn at that point.
19  Q.  Okay, so they had switched production to America
20      at that point?
21  A.  They had done both.  They did both.
22  Q.  Okay.  But you were still in your same capacity
23      with Flame Spray; correct?
24  A.  Correct.
25  Q.  Okay.  Did you ever observe any of the production

| | | |
|---|---|---|
| 1 | | at the American facility about the production of |
| 2 | | Kerr pumps, or plungers? |
| 3 | A. | Not until we had a problem. |
| 4 | Q. | Okay.  When you had a problem, who did you have a |
| 5 | | discussion with? |
| 6 | A. | Paolo. |
| 7 | Q. | And what were your discussions with Paolo, that |
| 8 | | you recall? |
| 9 | A. | Well, that they had sent us some pictures of some |
| 10 | | parts that had delaminated or cracked. |
| 11 | Q. | Let me just stop you.  Delaminated; what does that |
| 12 | | mean? |
| 13 | A. | The coating came off. |
| 14 | Q. | Coating came off of the plunger? |
| 15 | A. | Correct. |
| 16 | Q. | And so they send you some pictures, and you talked |
| 17 | | to Paolo. |
| 18 | A. | They sent him the pictures, too.  So... |
| 19 | Q. | Sent him the pictures? |
| 20 | A. | Yeah. |
| 21 | Q. | Sent both of you.  So you'd have a discussion with |
| 22 | | Paolo? |
| 23 | A. | Correct. |
| 24 | Q. | And what's the discussion, that you recall? |
| 25 | A. | The discussion we had was that in the beginning, |

| | | |
|---|---|---|
| 1 | | far as it went?  Was there any further discussion |
| 2 | | with him or with anybody else about -- |
| 3 | A. | No.  I mean, that was later on.  And at that |
| 4 | | point, I had suggested to Paolo that we should |
| 5 | | change the material and induction hardening, and |
| 6 | | then put the coating down and grind it, where we |
| 7 | | had a surface that was -- had a deep case with a |
| 8 | | higher hardness, a Rockwell hardness.  Because |
| 9 | | this material itself did not have a very high |
| 10 | | Rockwell hardness. |
| 11 | Q. | When you say, "this material," you talking about |
| 12 | | the steel? |
| 13 | A. | Yes. |
| 14 | Q. | Okay, the steel. |
| 15 | A. | The base steel does not have a very high hardness. |
| 16 | Q. | Okay. |
| 17 | A. | Only because using the Colonoy product, you spray |
| 18 | | the Colonoy product on, then you put it into a |
| 19 | | furnace and you diffuse it at the metal, so it |
| 20 | | becomes metallurgically bonded.  While these are |
| 21 | | non-metallurgically bonded. |
| 22 | Q. | So you suggested let's, basically, heat treat the |
| 23 | | steel before we put the coating on? |
| 24 | A. | Correct. |
| 25 | Q. | Okay.  What was Paolo's reaction to that? |

| | | |
|---|---|---|
| 1 | A. | He said Dario (phonetic) thought it was a genius |
| 2 | | idea, who's the engineer in Italy. |
| 3 | Q. | Okay.  Do you know if that attempt ever was made? |
| 4 | A. | Yes. |
| 5 | Q. | It was? |
| 6 | A. | Yes. |
| 7 | Q. | Did that improve the quality? |
| 8 | A. | I don't know if they tested them. |
| 9 | Q. | You don't know if Kerr ever tested them? |
| 10 | A. | No, I don't know if Kerr tested them, but I know |
| 11 | | they used it for another customer. |
| 12 | Q. | Flame Spray used it for another customer? |
| 13 | A. | Yeah. |
| 14 | Q. | Which customer was that? |
| 15 | A. | I think it was a customer that, like, the first of |
| 16 | | them I had in Houston called Black Horse. |
| 17 | Q. | Black Horse, okay.  And that was the same kind of |
| 18 | | plunger? |
| 19 | A. | Yes.  They're pretty much all the same. |
| 20 | Q. | Okay.  The only difference being the heating of |
| 21 | | the steel, but the -- it was still -- |
| 22 | A. | We changed the steel. |
| 23 | Q. | You changed the steel? |
| 24 | A. | Right. |
| 25 | Q. | Okay.  But they still use the same outer coating? |

1   A.   Correct.
2   Q.   What coating did it use on the flappers?
3   A.   A different one. A less harder coating, tungsten
4        carbide. I'd have to look it up to tell you.
5   Q.   Okay.
6   A.   634, I think.
7   Q.   And is it your understanding that Kerr never had
8        any issue with the flappers?
9   A.   No, they did not.
10  Q.   And even after the --
11  A.   It's a different application.
12  Q.   Even after the complaints about the plungers, did
13       Kerr continue to do business with Flame Spray and
14       order flappers from Flame Spray?
15  A.   Yes, only the flappers.
16  Q.   All right. And after this June 1st PowerPoint
17       presentation, that's when Kerr got the sample
18       plungers; correct?
19  A.   Yes, I believe so.
20  Q.   Okay. And after Kerr got the sample plungers, is
21       it your understanding that it did field testing of
22       those samples?
23  A.   Yes.
24  Q.   And what was your understanding of Kerr's
25       satisfaction with the sample plungers?